THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-00086-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS GUTIERREZ RODRIGUEZ | ) | |

This Cause comes before the Court upon Defendant Luis Gutierrez Rodriguez's motion to seal his medical records, submitted as Exhibit C, and Individualized Reentry Plan, submitted as Exhibit I, to his Memorandum in Support of his Motion for Compassionate Release. For good cause shown in said motion, Defendant's motion is GRANTED and Exhibits C and I are hereby sealed.

SO ORDERED, this the **22** day of **April** 2021.

JAMES C. DEVER III
United States District Judge