IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CR-86-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LUIS GUTIERREZ RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than May 14, 2021, the United States shall file a response to defendant's motion for compassionate release and supporting memorandum.

SO ORDERED. This 23 day of April 2021.

JAMES C. DEVER III
United States District Judge