THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-00086-D-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS GUTIERREZ RODRIGUEZ | ) | |

This Cause comes before the Court upon Defendant Luis Gutierrez Rodriguez's motion to seal his Exhibit J, a supplement to his pending Memorandum in Support of his pro se Motion for Compassionate Release (Docket Entry 169), filed as Docket Entry 178. This exhibit – filed as Docket Entry 186 - is a letter from his mother and contains personal information that is confidential.

For good cause shown in said motion, Defendant's motion is GRANTED and Exhibit J is hereby sealed.

SO ORDERED, this the 7 day of June 2021.

JAMES C. DEVER III
United States District Judge