THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CR-00086-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS GUTIERREZ RODRIGUEZ | ) | |

This Cause comes before the Court upon Defendant Luis Gutierrez Rodriguez's motion to supplement his pending Memorandum in Support of his pro se Motion for Compassionate Release (Docket Entry 169). Docket Entry 178. The motion requests that an exhibit J be attached to his pending Memorandum, Docket Entry 178. This exhibit J is a letter from his mother.

For good cause shown in said motion, Defendant's motion is GRANTED and Exhibit J is permitted to be attached as an exhibit to Docket Entry 178.

SO ORDERED, this the 7 day of June 2021.

JAMES C. DEVER III
United States District Judge